**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| FAYE PERTUIT, | ) | |
| | ) | |
| Plaintiff, | ) | 2:11-cv-2732-KDE-SS |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF SETTLEMENT** |
| UNITED COLLECTIONS BUREAU, INC. | ) | |
| | ) | |
| Defendant. | ) | |

NOW COMES the Plaintiff, FAYE PERTUIT, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

DATED:  January 19, 2012        By: /s/ Jonathan Hilbun
                                JONATHAN P. HILBUN (LA BAR #29248)
                                ATTORNEY AT LAW
                                2404 Middlecoff Drive
                                Gulfport, MS 39507
                                Telephone:504.214.0459
                                Email:  jonathan.hilbun@gmail.com

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2012, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A true and correct copy of said Notice was electronically submitted by electronic mail to the following:

    Kristen P. Arsenault
    kparsenault@ucbinc.com

    By: /s/ Jonathan Hilbun
    Jonathan Hilbun
    Attorney for Plaintiff