## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| FAYE PERTUIT, | ) | |
| | ) | |
| Plaintiff, | ) | 2:11-cv-2732-KDE-SS |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF VOLUNTARY** |
| | ) | **DISMISSAL** |
| UNITED COLLECTIONS BUREAU, INC. | ) | |
| | ) | |
| Defendant. | ) | |

FAYE PERTUIT (Plaintiff), by their attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, UNITED COLLECTIONS BUREAU, INC., (Defendant), in this case.

DATED:  February 3, 2012         By: /s/ Jonathan Hilbun
                                 JONATHAN P. HILBUN (LA BAR #29248)
                                 ATTORNEY AT LAW
                                 2404 Middlecoff Drive
                                 Gulfport, MS 39507
                                 Telephone:504.214.0459
                                 Email:  jonathan.hilbun@gmail.com

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2012, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A true and correct copy of said Notice was electronically submitted by electronic mail to the following:

Kristen P. Arsenault
kparsenault@ucbinc.com

By: /s/ Jonathan Hilbun
Jonathan Hilbun
Attorney for Plaintiff

- 2 -